IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMY RAE TRAXLE,                                        Civ. No. 07-815-TC

        Petitioner,                                       ORDER

    v.

WILLIAM HOEFEL,

        Respondent.

_____

Aiken, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on August 3, 2011. Magistrate Judge Coffin recommends that the petition for writ of habeas corpus be denied and this case dismissed, finding that one of petitioner's claims did not raise a federal constitutional issue and that the remaining claims were procedurally defaulted. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

-1-    ORDER

(9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 111) filed August 3, 2011 is ADOPTED in its entirety. The First Amended Petition for Writ of Habeas Corpus (doc. 52) is DENIED and this case is DISMISSED.

### *Certificate of Appealability*

Should petitioner appeal, a certificate of appealability should be denied as petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253 (c) (2).

IT IS SO ORDERED.

Dated this ____ day of January, 2012.

_____
Ann Aiken
United States District Judge

-2-    ORDER